**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-6692**

---

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

WILLIAM TERRENCE CROSS, a/k/a Red,

                Defendant - Appellant.

---

**No. 11-7307**

---

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

WILLIAM TERRENCE CROSS, a/k/a Red,

                Defendant - Appellant.

---

**No. 11-7308**

---

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

WILLIAM TERRENCE CROSS, a/k/a Red,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:03-cr-00010-RBS-1)

Submitted: November 15, 2011        Decided: November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

William Terrence Cross appeals the district court's orders denying his motions for relief under Fed. R. Crim. P. 36, 18 U.S.C. § 3582(c) (2006), and Fed. R. App. P. 10(e). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. filed May 10 & entered May 11, 2011; filed Aug. 26 & entered Aug. 29, 2011; & Sept. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3